```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

| | |
|---|---|
| YOUDLYNE RENARD, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   CIVIL ACTION FILE |
| | *   NO. 1:15-CV-03348-LLM |
| POTEAT ENTERPRISES, INC., | * |
| et al., | * |
| | * |
|     Defendants. | * |

## ORDER

This is an action alleging unpaid overtime, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, ("FLSA"). Pursuant to 29 U.S.C. § 216(b) the compromise of FLSA claims require approval by the Court, when the payment is not made through the Department of Labor. See <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982)(holding a private suit filed by employees requires that the settlement be reviewed and approved by the Court). Therefore, the Parties are seeking this Court's approval of the settlement pertaining to the Plaintiff's FLSA claims.

This Court has reviewed the Settlement Agreement and conducted a hearing on the matter. The Court concludes that the terms of the Settlement Agreement are fair and reasonable. The Court further concludes that the amount for costs and attorneys' fees are reasonable. Therefore, this Court hereby **APPROVES** the

Settlement Agreement. This action is hereby **DISMISSED WITH PREJUDICE.**

SO ORDERED, This 24th day of February, 2016.

_____
HONORABLE LEIGH MARTIN MAY, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA